ORIGINAL

FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0161

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-20-161

Carl Jensen
410 Central, Suite 506B
Great Falls, MT 59401
406-899-6696
Carl.Jensen.lawoffice@gmail.com

FILED

JUN 03 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Roberto Salaman-Garcia, Appellant,

v.                                                    Request for Extension

State of Montana, Appellee.

The appellant moves the court for a thirty-day extension to file the brief in this case. It is the first request for an extension. Counsel does not anticipate any further extensions will be need in this matter. There is no objection from the State.

Dated this 2nd day of June, 2020.

Attorney for Roberto Salaman-Garcia

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and accurate copy of the foregoing was filed with the Clerk of the Montana Supreme Court; and that I have served true and accurate copies of the foregoing NOTICE OF APPEAL upon the Clerk of the District Court, each attorney of record, and each party not represented by an attorney in the above-referenced District Court action, as follows:

Jennifer Stutz
1 Main Ave S.
Choteau, MT 59422

Tim Fox
215 N. Sanders St.
Helena, MT 59601

Dated this 2nd day of June, 2020